# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  DARLA H. DURAN                                          Case Number: 07-70928
P.O. BOX 153                      SSN-xxx-xx-3803
PEARL CITY, IL  61062

|  |  |  |
|---|---|---|
| Case filed on: | 4/19/2007 |
| Plan Confirmed on: | 7/13/2007 |

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $8,480.64          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY PHILIP H HART | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | KIPP E. MEYERS, ATTORNEY AT LAW | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 998 | DARLA H. DURAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | DARLA H. DURAN | 0.00 | 0.00 | 403.84 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 403.84 | 0.00 |
| 001 | STATE BANK OF PEARL CITY | 4,191.86 | 4,191.86 | 3,844.37 | 243.95 |
| 008 | STUART HERSHEY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 4,191.86 | 4,191.86 | 3,844.37 | 243.95 |
| 002 | BAKER, MILLER, MARKOFF & KRASNY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ECAST SETTLEMENT CORPORATION | 5,730.38 | 5,730.38 | 1,054.19 | 0.00 |
| 004 | BLACKHAWK AREA CREDIT UNION | 969.19 | 969.19 | 167.17 | 0.00 |
| 005 | DISCOVER FINANCIAL SERVICES | 8,304.21 | 8,304.21 | 1,527.68 | 0.00 |
| 007 | TRUE LOGIC FINANCIAL CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | REY DURAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | RESURGENCE FINANCIAL LLC | 3,850.55 | 3,850.55 | 708.36 | 0.00 |
|  | Total Unsecured | 18,854.33 | 18,854.33 | 3,457.40 | 0.00 |
|  | Grand Total: | 23,046.19 | 23,046.19 | 7,705.61 | 243.95 |

| | |
|---|---|
| Total Paid Claimant: | $7,949.56 |
| Trustee Allowance: | $531.08 |
| Percent Paid Unsecured: | 18.34 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 05/14/2008                    By  /s/Heather M. Fagan